# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| TREYVON ANTONIO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-069 |
| | ) | |
| TYRONE WARREN, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff having failed to timely comply with the deadline to return his Consent Form and Prison Trust Account Statement required by this Court, pursuant to 28 U.S.C. § 1915(a)(2), the Court recommended the case be dismissed without prejudice. *See* doc. 4. Plaintiff objects that he intended to comply but, due to delayed mail and less-than swift response from the Chatham County Sheriff's Complex staff, he was unable to timely do so. Doc. 5.

It appears that Williams seeks additional time. *See* doc. 5. Therefore, the Court will give plaintiff an additional 30 days to comply with the Court's order to return his Consent Form and Prison Trust Account Statement. If plaintiff does not timely return his forms, the Report and Recommendation recommending dismissal will remain in force and the

case may be dismissed without prejudice for failure to prosecute and failure to comply with a court order.

**SO ORDERED**, this  7th  day of May, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA