# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TREYON ANTONIO WILLIAMS, | ) |
| Plaintiff, | ) |
| v. | ) CV419-069 |
| TYRONE WARREN, | ) |
| Defendant. | ) |

# **ORDER**

The Court recommended the dismissal of plaintiff's complaint for failure to comply with a Court order on April 24, 2019. Doc. 4. After several rounds of objections and requests for extensions of time, docs, 5, 7, 8, 9, 10, plaintiff finally returned his forms. Doc. 11, doc. 12. However, his Prisoner Trust Fund Account Statement is unsigned by an authorized officer and fails to indicate either plaintiff's average monthly deposits or average monthly balance. Doc. 11 at 1. Instead, the signature line merely states "Refuse." *Id.*

This, to be sure, is insufficient and not grounds for vacating this Court's prior recommendation. However, given plaintiff's attempt to comply, the Court will grant him a ***single*** additional extension. He shall have thirty days from the date of this Order to submit a fully

executed Prisoner Trust Fund Account Statement[1] or else indicate to this Court why the official or institution is "refusing" to sign. No further extensions will be granted.

**SO ORDERED,** this 23rd day of July, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] To that end, the Clerk is **DIRECTED** to send Williams an additional copy of the Prisoner Trust Fund Account Statement with a copy of this Order.