UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TREYON ANTONIO WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-069 |
| | ) | |
| TYRONE WARREN, an | ) | |
| Ex-government official, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Court previously recommended the dismissal of plaintiff's complaint for failure to return appropriate forms. Doc. 4. Plaintiff has now returned those forms. Doc. 12 & doc. 14. Accordingly, the Court **VACATES** its prior Report and Recommendation. Doc. 4. The Court will screen plaintiff's complaint in a separate order.

**SO ORDERED,** this 17th day of October, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA