IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TREYON ANTONIO WILLIAMS,

    Plaintiff,

v.

TYRONE WARREN,

    Defendant.

CIVIL ACTION NO.: 4:19-cv-69

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's October 7, 2020, Report and Recommendation, (doc. 18), to which no objections have been filed. When filing his initial complaint, plaintiff was directed to disclose any prior federal lawsuits. (Doc. 1 at 2–3). The Court discovered that plaintiff failed to disclose at least three prior civil cases and directed that he show cause for this omission and why it should not result in the dismissal of the case. (Doc. 16). The Magistrate Judge recommended the dismissal of the case after plaintiff failed to comply with the Court's order. (Doc. 18). As multiple recent mailings by the Court were returned as undeliverable, the Magistrate Judge found plaintiff's failure to keep the Court apprised of his address to be an alternative basis for dismissal of the case. (*See id.* at 1–2). As plaintiff has disregarded his obligation to comply with the Court's show-cause order and the applicable rules, dismissal is appropriate. S.D. Ga. L.R. 11.1; S.D. Ga. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 630–31 (1962). Accordingly, the Court **ADOPTS** the Report

and Recommendation (doc. 18) as its opinion. The complaint is **DISMISSED WITHOUT PREJUDICE** and the Clerk of Court is **DIRECTED** to **CLOSE** this case.

   **SO ORDERED**, this 21st day of December, 2020.

   _____
   R. STAN BAKER
   UNITED STATES DISTRICT JUDGE
   SOUTHERN DISTRICT OF GEORGIA